*Ferris Pell et al, appellants* v. *Peter G. Stuyvesant et al, respondents.* EDGAR & KISSAM, for appellants. Appeal.dismissed, without prejudice, &c.

*Samuel F. Pratt* v. *Danford Richmond et al. Danford Richmond et al* v. *George P. Stevenson et al.* Original and cross suits. W. H. GREENE, for appellants; H. SHUMWAY, for respondents. So much of the decree of the vice chancellor as is appealed from reversed.

*William McLachlan* v. *John McLachlan et al.* D. WRIGHT, for complainant; J. LANSING and J. STERNBERGH, for defendants. Bill dismissed with costs as to such of the defendants as have appeared and answered.

*Evert A. Bancker* v. *Miles Hitchcock et al.* H. S. DODGE, for the complainant; J. F. DELAPLAINE, for defendants.—First, second and fifth exceptions of defendant to master's report allowed, and the third and fourth overruled. Complainant's exception also overruled; with $10 costs to defendant.

*Isaac Denniston* v. *Catharine G. Visscher. Catharine G. Visscher* v. *Isaac Denniston et al.* J. McKOWN, for appellant; J. BLUNT, for respondents. Order of the vice chancellor allowing the sixth exception to master's report, reversed with costs.

---

## Postage of this Publication.

Some Postmasters having charged this Supplement with letter postage, we insert an extract from a letter to the publishers from the Assistant Postmaster General :—

"Your work is that of a *periodical pamphlet;* and as the Postmaster General is anxious to extend every facility in his power to the publication of such works, he decides that it should be so considered and treated.
PH. C. FULLER, 2*d Ass't P. M. Gen.*"

Postage on this work, not over 100 miles, 1½ cents per sheet.
"            "            over 100  "    2½  "        "